## STATE OF INDIANA *v.* COSNER ET AL.

[No. 3,185.    Filed January 5, 1900.]

From the Lawrence Circuit Court.    *Affirmed.*

*W. L. Taylor,* Attorney-General, *J. A. Zaring, S. B. Lowe* and *McHenry Owen,* for State.

*C. C. Matson, J. Giles, J. C. Lawler, M. B. Hottel* and *W. H. Edwards,* for appellees.

WILEY, C. J.—The exact question decided by this court in the case of *State* v. *Robertson, ante,* 424, is presented for our consideration by the record now before us, and upon the authority of that decision the judgment here is affirmed.

---

## STATE OF INDIANA *v.* TRUEBLOOD ET AL.

[No. 3,180.    Filed January 31, 1900.]

From the Lawrence Circuit Court.    *Affirmed.*

*W. L. Taylor,* Attorney-General, *J. A. Zaring, S. B. Lowe* and *McHenry Owen,* for State.

*J. C. Lawler* and *M. B. Hottel,* for appellees.

WILEY, C. J.—The same question presented here by the record was decided by this court in the case of *State* v. *Robertson, ante,* 424, and, upon the authority of that decision, the judgment in the case now before us is affirmed.